JS - 6    LINK: 5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-01712 GAF (MRWx) | Date | December 5, 2011 |
|---|---|---|---|
| Title | Federal National Mortgage Association v. Ron E Varela et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**     **(In Chambers)**

**ORDER REMANDING CASE**

On July 26, 2011, Plaintiff Federal National Mortgage Association filed an unlawful detainer Complaint against Defendants Ron E. Varela, Cristy L. Varela, and John Does 1 through 10 in Riverside Superior Court. (Docket No. 1, Not., Ex. A [Compl.].) The Complaint alleges that Plaintiff purchased Defendant's real property at a non-judicial foreclosure sale on June 17, 2011, and that Defendants have continued to possess the premises despite Plaintiff's service of a notice to quit the premises. (Id. ¶¶ 2–11.) Defendants demurred to Plaintiff's Complaint on an unspecified date, arguing that Plaintiff served an improper notice to quit under the California Civil Code and Code of Civil Procedure. (Not., Ex. B [Demurrer] at 4-5.) The state court overruled the demurrer. (Not. ¶ 9.) Defendant then sought to remove the case to this Court on October 26, 2011. (Not.)

On November 11, 2011, this Court issued an Order to Show Cause ordering Defendant to show cause why this case should not be remanded to state court for lack of subject matter jurisdiction. (Docket No. 5, 11/11/11 Order.) The Court's order directed Defendant to file his response by no later than November 28, 2011, and advised that a failure to file a timely response would be deemed consent to an order remanding the case to state court. (Id. at 3.)

To date, Defendant has not filed a response to the Court's Order to Show Cause. The Court therefore **REMANDS** this case to state court for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**